# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION

In re  CONNIE L GRIFFITH                                    Case No. 10-18441-SJS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | CitiFinancial, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Court Claim # (if known):  5
Amount of Claim:  $3,104.72
Date Claim Filed:  08/17/2010

Phone: 610-644-7800                          Phone: 1-800-401-9836
Last Four Digits of Acct #:  8788            Last Four Digits of Acct #:  8788
Last Four of Alternate Acct #:  8354         Last Four of Alternate Acct #:  8354

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ ALANE A. BECKET                                Date:  09/13/2010

Alane A. Becket, Esquire, PA65451
Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

CFN00308